**No. 10-9058. Bennie K. Ellison, Petitioner v. Thomas Dart, Sheriff, Cook County, Illinois, et al.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5075.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 962, 131 S. Ct. 2152, 179 L. Ed. 2d 938, 2011 U.S. LEXIS 3363.